UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Calvin COLEMAN Jr, | Case No 3-90-cv-1588-VRW |
|---|---|
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v | ORDER LIFTING STAY AND DIRECTING FILING OF JOINT STATUS REPORT |
| Robert L AYERS Jr, Warden of San Quentin State Prison, | |
| Respondent. | [ ] |

      The present action has been held in abeyance pending Petitioner's exhaustion of his <u>Atkins</u> claim in state court. The Court has been advised that Petitioner has exhausted his <u>Atkins</u> claim and that, pursuant to stipulation, Petitioner has been found to be mentally retarded and therefore cannot be executed.

      Accordingly, and good cause appearing therefor, the stay of the present action is hereby lifted. Not later than thirty days after the date the present order is filed, the parties shall file a joint report regarding the status of Petitioner's resentencing and the status of any unresolved claims in the petition. The status report shall include a discussion of

1  whether Petitioner remains entitled to court-appointed counsel in
2  light of the fact that he is no longer condemned.
3       It is so ordered.

 

_____
VAUGHN R WALKER
United States Chief District Judge